UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-11517 WGY

| | |
|---|---|
| CLAIRE GAGNE,<br>        Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC.,<br>        Defendant. | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3 OF DEFENDANT, J.C. PENNEY COMPANY, INC.** |

Now comes the Defendant, J.C. Penney Company, Inc., and pursuant to Local Rule 7.3(A), hereby identifies any parent corporation and any publicly held company that owns 10% or more of the party's stock:

None.

J.C. Penney Company, Inc.
By its attorneys,


/s/ *Richard R. Eurich*
Richard R. Eurich, BBO #156600
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 439-7500

938578v1