UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET #04-11517 WGY

| | |
|---|---|
| CLAIRE GAGNE,<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| J.C. PENNEY COMPANY INC.,<br>Defendant | )<br>) |

### CERTIFICATION OF PLAINTIFF, CLAIRE GAGNE, PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff, Claire Gagne, and Attorney Eldon D. Goodhue, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: 12/4/04

Claire Gagne, Plaintiff

By her attorneys,

Eldon D. Goodhue, Esq.
B.B.O. #201520
Law Offices of Eldon D. Goodhue, PC
458 Newburyport Tpke. Suite 3
Topsfield, MA 01983
(978) 887-2000

LAW OFFICES OF
ELDON D. GOODHUE P.C.
458 NEWBURYPORT
TURNPIKE
TOPSFIELD,
MASSACHUSETTS
01983

CERTIFICATE OF SERVICE

I, Eldon D. Goodhue, do hereby certify that a true copy of the above document was served upon the attorney of record for the defendant by mail on December 3, 2004.

_____
Eldon D. Goodhue, Esq.
B.B.O. #201520
Law Offices of Eldon D. Goodhue, PC
458 Newburyport Tpke. Suite 3
Topsfield, MA 01983
(978) 887-2000

LAW OFFICES OF
ELDON D. GOODHUE P.C.
458 NEWBURYPORT
TURNPIKE
TOPSFIELD,
MASSACHUSETTS
01983