UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET #04-11517 WGY

| | |
|---|---|
| CLAIRE GAGNE, Plaintiff | ) ) ) |
| V. | ) ) |
| J.C. PENNEY COMPANY INC., Defendant | ) ) ) |

### AUTOMATIC DISCLOSURE OF PLAINTIFF, CLAIRE GAGNE, PURSUANT TO FED.R.CIV.P. 26(a)

The Plaintiff, Claire Gagne, makes the following initial disclosures pursuant to Fed. R. Civ.P. 26(a)(1)(A)-(D):

A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

**RESPONSE:**

1. Gail Smith
   C/o J.C. Penney Company Inc.
   Home address: 40 Moon Road
   Lynn, MA

Ms. Smith witnessed the Plaintiff's accident.

2. Armand Gagne, 15 Heritage Drive, Apt. 31, Salem, MA

Mr. Gagne was nearby at the time of the accident, and assisted his wife thereafter. He has knowledge of her injuries and damages.

3. Steven Alpart, M.D., Puritan Medical Group, 331 Highland Avenue, Salem, MA 01970.

Dr. Alpert treated the Plaintiff immediately after the accident.

B.    A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

The Plaintiff objects to producing any document protected from discovery because it is subject to the attorney-client privilege or constitutes materials prepared by or for the plaintiff or its representatives, in anticipation of litigation or for trial and/or which would disclose the mental impressions, conclusions, opinions or legal theories of counsel.

Notwithstanding nor waiving the above objections, and expressly subject thereto, the Plaintiff has provided the Defendant with all of her medical records and bills and attaches copies of photographs of the scene of the accident taken at a later date. The plaintiff has not reproduced copies of documents provided to it from counsel for the defendant.

C.    A compilation of any category of damages claimed by the disclosing party.

**RESPONSE:**

### MEDICAL EXPENSES

| | | |
|---|---|---|
| Stephen Alpert, M.D.<br>Puritan Medical Group<br>331 Highland Avenue<br>Salem, MA | 1/3/03 & 1/30/03 | $ 160.00 |
| Shaughnessy Kaplan Rehab. Hsp.<br>Dove Avenue<br>Salem, MA | 1/15/03--2/19/03 | $ 756.00 |
| N.S. Magnetic Imaging Center<br>68 Prospect Street<br>Peabody, MA | 2/5/03 | $ 750.00 |

LAW OFFICES OF
ELDON D. GOODHUE P.C.
458 NEWBURYPORT
TURNPIKE
TOPSFIELD,
MASSACHUSETTS
01983

| | | |
|---|---|---|
| MRI Radiologists of N.S.<br>P.O. Box 430<br>Lynn, MA | 2/5/03 | $   263.00 |
| Terence Doorly, M.D.<br>N.S. Neurosurgical Assoc.<br>79 Highland Avenue, Suite 107<br>Salem, MA | 3/4/03 | $     80.00 |
| Union Hospital<br>500 Lynnfield Street<br>Lynn, MA | 3/25/03--5/5/03 | $12,289.16 |
| TOTAL MEDICAL EXPENSES: | | $14,298.16 |

Dated: December 3, 2004

> For the Plaintiff
> Claire Gagne,
> By her attorneys,
> Law Offices of Eldon D. Goodhue, PC
>
> *[signature]*
> Eldon D. Goodhue, Esq.
> B.B.O. #201520
> 458 Newburyport Tpke. Suite 3
> Topsfield, MA  01983
> (978) 887-2000

LAW OFFICES OF
ELDON D. GOODHUE P.C.
458 NEWBURYPORT
TURNPIKE
TOPSFIELD,
MASSACHUSETTS
01983

CERTIFICATE OF SERVICE

I, Eldon D. Goodhue, do hereby certify that a true copy of the above document was served upon the attorney of record for the defendant by mail on December 3, 2004.

_____
Eldon D. Goodhue, Esq.
B.B.O. #201520
Law Offices of Eldon D. Goodhue, PC
458 Newburyport Tpke. Suite 3
Topsfield, MA  01983
(978) 887-2000

LAW OFFICES OF
ELDON D. GOODHUE P.C.
458 NEWBURYPORT
TURNPIKE
TOPSFIELD,
MASSACHUSETTS
01983