UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-11517 WGY

| | |
|---|---|
| CLAIRE GAGNE,<br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    STIPULATION OF DISMISSAL,<br>      WITH PREJUDICE |

In accordance with the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned matter hereby stipulate to dismiss, with prejudice, without costs or attorney's fees, and waiving all rights of appeal, any and all claims in the above action.

| The Plaintiff,<br>Claire Gagne,<br>By her attorneys, | The Defendant,<br><br>J.C. Penney Corporation,<br>(named as J.C. Penney Company, Inc.)<br>By their attorney, |
|---|---|
| */s/ Charles G. Devine, Jr.* | */s/ Philip M. Hirshberg* |
| Eldon D. Goodhue, Esq.<br>B.B.O. #201520<br>Charles G. Devine, Jr., Esq.<br>B.B.O. #548053<br>Law Offices of Eldon D. Goodhue, PC<br>458 Newburyport Tpke., #3<br>Topsfield, MA 01983<br>978-887-2000 | Philip M. Hirshberg, Esq.<br>B.B.O. #567234<br>Morrison Mahoney, LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>617-737-8860 |